**Electronically Filed
Supreme Court
SCPW-24-0000191
06-JUN-2024
09:11 AM
Dkt. 6 ODDP**

SCPW-24-0000191

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MIKE YELLEN, Petitioner,

vs.

CIRCUIT COURT, THIRD CIRCUIT, STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(3CCV-22-0000084)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed on March 22, 2024, and the record, the circuit court has acted on the pending matters that brought about the petition in SCPW-22-0000717. Petitioner may continue to seek relief in the circuit court in 3CCV-22-0000084. An extraordinary writ is unwarranted. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, June 6, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens